UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE GUARANTEE COMPANY OF
NORTH AMERICA,

Plaintiff,

v.   4:13-cv-273

KERNS CONSTRUCTION COMPANY,
INC., ULYSSES K. EATON, and LINDA
M. EATON,

Defendants.

## ORDER

### I. INTRODUCTION

Plaintiff the Guarantee Company of North America ("Guarantee") filed a Motion for Entry of Default Judgment. ECF No. 16. For the reasons set forth below, the Court **GRANTS** the Motion and **ORDERS** the Clerk to enter a judgment of $369,732.62 in favor of Guarantee and against the Defendants.

### II. BACKGROUND

Defendants are Kerns Construction Company, Inc., Ulysses K. Eaton, and Linda M. Eaton. ECF No. 1 at 1-2. Guarantee seeks to recover from Defendants money that it paid to subcontractors and suppliers who made bond claims on a construction project in Savannah. ECF No. 16 at 2.

### III. ANALYSIS

#### A. Default Judgment Standard

Federal Rule of Civil Procedure 55 allows the Court to enter a default judgment against a party who was properly served and failed to answer. Although the Court may conduct evidentiary proceedings to determine the amount of damages owed, such a hearing is not necessary where the damages are for a sum certain or an amount easily computed, and the evidence of damages is present in the record. Fed. R. Civ. P. 55(b)(2); *see also, e.g., Tara Prods., Inc. v. Hollywood Gadgets, Inc.*, 449 F. App'x 908, 911-12 (11th Cir. 2011).

The Defendants were properly served, ECF Nos. 8, 9, 10, but did not respond to the complaint. The Clerk entered a default on January 14, 2014. ECF No. 12. Because the Defendants have failed to respond to Guarantee's filings, the Court finds that the entry of default was appropriate.

The Court finds it unnecessary to conduct an evidentiary proceeding in this matter because evidence of the amount of damages is present in the record. *See* ECF No. 16-1. The Court finds that Guarantee has sustained damages of $369,732.62. *Id.* at 5.

### IV. CONCLUSION

The Court awards Guarantee a total default judgment of **$369,732.62**. The Court **ORDERS** the Clerk to enter judgment in that amount against the Defendants in favor of Guarantee.

This ⊬ day of September 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA