# United States District Court
## Southern District of Georgia

The Guarantee Company of North America,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV413-273,

Kerns Construction Company, Inc. et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/4/14, granting the motion for default judgment,

judgment of $369,732.62 is hereby entered in favor of Guarantee and against the defendants.



9/4/14
Date

Scott L. Poff
Clerk

(By) Deputy Clerk